JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITY NATIONAL INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> CENTURY CUSTOM HARDWOOD FLOOR, INC., a California Corporation; DAVID B. SOLEYMANI, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case Number:   2:16-cv-08712-AB (AFMX) <br><br> **[PROPOSED] ORDER ON STIPULATION OF DISMISSAL** |

Pursuant to Plaintiff Security National Insurance Company's and Defendant Century Custom Hardwood Floor, Inc.'s "Stipulation of Dismissal" filed on March 15, 2017 [Docket No. 23], and the Order on Stipulation to Be Bound by Judgment and Voluntary Dismissal of Defendant David B. Soleymani, filed on January 31, 2017 [Docket No. 21], and good cause appearing therefore, IT IS HEREBY ORDERED that the above-referenced action be and is

/ / /

hereby dismissed in its entirety with prejudice as to Defendant Century Custom Hardwood Floor, Inc. and without prejudice as to Defendant David B. Soleymani. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: March 24, 2017

The Hon. André Birotte Jr. Judge,
United States District Court,
Central District of California

*[~~PROPOSED~~] Order on Stipulation of Dismissal*